UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHNSON, BRIAN VAN NESS, TRUSTEE BRIAN VAN NESS JOHNSON TRUST #87-83-4504,

                              Plaintiff,

-against-

RICHARD W. VERCOLLONE (TOWN JUSTICE); ADA CARPENTER (ADA TOWN OF SOUTHEAST); SHANE ROSSITER (PUTNAM COUNTY SHERIFF); KARINE PETINO (PUBLIC DEFENDER PUTNAM COUNTY),

                              Defendants.

23-CV-7092 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the March 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2024
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                  Chief United States District Judge